# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ACHING OAK LLC
C/O TESS LAW
2833 SMITH AVE #138
BALTIMORE MD 21209

*Plaintiff*

*v.*

ALBERT J. WILLIAMS, JR.
5811 KEPPLER RD TEMPLE HILLS MD 20748

THE ESTATE OF ALBERT WILLIAMS
S/O P.R. JACQUELYN WYATT WILLIAMS
12931 DUNKIRK DRIVE, UPPER MARLBORO, MD 20772

UNITED STATES OF AMERICA
S/O Civil Process Clerk, United States Attorney's Office for the District of Maryland 36 S. Charles Street, 4th Floor Baltimore, MD 21201
and S/O Attorney General of the United States, U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001

Prince George's County
S/O County Attorney 1301 McCormick Drive Suite 4100 Largo, MD 20774

Office of Finance of Prince George's County
S/O County Attorney 1301 McCormick Drive Suite 4100 Largo, MD 20774

Washington Suburban Sanitary Commission
S/O General Counsel 14501 Sweitzer Lane, Laurel, Maryland 20707

State of Maryland Office of the Attorney General
200 St. Paul Place Baltimore, MD 21202

Case No. 8:26-cv-04798

* * * * * * * * * * * * * * * * * * * * * * * * * * *

All unknown owners of the property (4002 LYONS ST TEMPLE HILLS 20748 being known as District - 06 Account Identifier - 0588053 with a legal description of 4,947.0000 Sq.Ft. & Imps. Hillcrest Heights Lot 9 Blk E Non-Principal Residence Assmt $278,067 Lib 30424 Fl 477 and assessed to Williams Albert J Jr. on the Tax Roll of the Director of Finance), the unknown owner's heirs, devisees, and personal representatives and their or any of their heirs, devisees, executors, administrators, grantees, assigns, or successors in right, title and interest and any and all persons having or claiming to have any interest in the property. * *

*Defendants*

* * * * * * * * * * * * * *

## COMPLAINT TO FORECLOSE RIGHT OF REDEMPTION

Plaintiff, ACHING OAK LLC, requests this Honorable Court foreclose the rights of redemption as to the property described below and for cause states:

## PARTIES

1. Plaintiff ACHING OAK LLC ("Aching Oak") is a limited liability company organized under the laws of Maryland and is the holder of the certificate of tax sale at issue.

2. The certificate concerns the property known as 4002 Lyons Street, Temple Hills, Maryland 20748, District 06, Account Identifier 0588053 (the "Property").

3. Defendant Albert J. Williams, Jr. is the record owner of the Property by deed dated March 6, 2009, and recorded among the Land Records of Prince George's County at Liber 30424, Folio 477.

4. Defendant The Estate of Albert Williams is named out of an abundance of caution. Estate No. 122036 was opened in the Register of Wills for Prince George's County for a decedent named Albert Williams who died on July 19, 2021, with Jacquelyn Wyatt Williams as personal representative. Any interest that estate may claim in the Property is subject to foreclosure in this action.

5. Defendant United States of America is named under 28 U.S.C. § 2410(a) because it has or claims liens on the Property arising under the internal revenue laws, as described below.

6. Defendants Prince George's County, the Office of Finance of Prince George's County, the Washington Suburban Sanitary Commission, and the State of Maryland are named as required by Md. Code Ann., Tax-Prop. § 14-836(b)(1).

## JURISDICTION AND VENUE

7. This action is brought under 28 U.S.C. § 2410(a)(1) and (2) to quiet title to, and to foreclose all rights of redemption in, real property on which the United States has or claims liens arising under the internal revenue laws. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1340.

8. The United States has consented to be named a party in this action under 28 U.S.C. § 2410(a).

9. This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over the claims against the remaining Defendants, which concern the same Property and form part of the same case or controversy.

10. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) and (e)(1) because the Property is located in this District and a substantial part of the events giving rise to this action occurred here.

11. Aching Oak will serve the United States under Fed. R. Civ. P. 4(i)(1) by delivering a copy of the summons and complaint to the United States Attorney for the District of Maryland, or by sending them by certified mail to the civil-process clerk at that office, and by sending them by certified mail to the Attorney General of the United States at Washington, D.C.

## FACTUAL ALLEGATIONS

12. On May 11, 2026, the Collector of Taxes for Prince George's County sold the Property at tax sale and issued a certificate of sale to Aching Oak, which is the lawful holder of that certificate under Title 14, Subtitle 8 of the Maryland Tax-Property Article.

13. A description of the property in substantially the same form as the description appearing on the certificate of tax sale is: 4002 LYONS ST TEMPLE HILLS 20748 being known as District - 06 Account Identifier - 0588053 with a legal description of 4,947.0000 Sq.Ft. & Imps. Hillcrest Heights Lot 9 Blk E Non-Principal Residence Assmt $278,067 Lib 30424 Fl 477 and assessed to Williams Albert J Jr. on the Tax Roll of the Director of Finance.

14. The amount necessary to redeem is $5,139.96 plus every other amount, including—but not limited to—interest, taxes, fees, and expenses, that Md. Code Ann., Tax-Prop. §§ 14-828 and 14-843, or any other applicable law, rule, or statute, requires or permits. The redeemer bears sole responsibility for determining that amount, and any

redeemer who relies on a figure from another person, office, or entity does so at its own risk.

15. The property has not yet been redeemed by any party in interest.

16. Notices of federal tax lien against the taxpayer Albert Williams were filed by the Internal Revenue Service, through its Small Business/Self-Employed Division (Area #1 for Case No. FL10-4195 and Area #3, Automated Collection System, for Case Nos. FL16-1384 and FL20-0325), each notice having been prepared and signed at Baltimore, Maryland, and are indexed in the Circuit Court for Prince George's County, Maryland, as follows: Case No. FL10-4195, filed December 1, 2010, in the amount of $37,621.10; Case No. FL16-1384, filed September 26, 2016, in the amount of $53,747.60; and Case No. FL20-0325, filed February 3, 2020, in the amount of $5,923.23. The addresses of the taxpayer shown on the notices are 4710 English Court, Suitland, Maryland 20746 (FL10-4195); 9703 Summit Circle, Apt. 1D, Largo, Maryland 20774-3729 (FL16-1384); and 3600 Saint Barnabas Road, Apt. 219, Suitland, Maryland 20746-3208 (FL20-0325). Aching Oak does not know whether the taxpayer named in the notices is Defendant Albert J. Williams, Jr., and names the United States because it may claim a lien on the Property. The notices in Case Nos. FL10-4195 and FL16-1384 were not refiled by the last day for refiling stated on them and, by their own terms, now operate as certificates of release under 26 U.S.C. § 6325(a); they are pleaded out of an abundance of caution.

17. The lien for the unpaid real property taxes for which the Property was sold has priority over the federal tax liens. 26 U.S.C. § 6323(b)(6).

18. Attached as Exhibit A is a copy of the Certificate of Tax Sale. Exhibit B is the Abstractor's Affidavit of Title Search with a copy of the Title Search. Exhibit C is the Affidavit of Compliance with Notice Requirement. A proposed Notice to Interested Parties and proposed Order of Publication are also attached.

## COUNT I
### (FORECLOSURE OF RIGHTS OF REDEMPTION)

19. Aching Oak incorporates the preceding allegations.

20. Aching Oak is entitled to a judgment foreclosing all rights of redemption under Md. Code Ann., Tax-Prop. §§ 14-833, 14-835, and 14-844.

21. All statutory conditions that must occur before filing, including the notices required by Md. Code Ann., Tax-Prop. § 14-833(a-1), have occurred or have been satisfied.

22. Under 28 U.S.C. § 2410(c), a judgment in this action has the same effect on the discharge of the Property from the liens of the United States as Maryland law provides. Under Md. Code Ann., Tax-Prop. § 14-844(b), a judgment foreclosing the right of redemption vests in Aching Oak an absolute and indefeasible title in fee simple in the Property, free and clear of all encumbrances except taxes that accrue after the date of sale.

**WHEREFORE** Plaintiff, ACHING OAK LLC, requests:

1. A summons be issued for service on the defendants named in the complaint;
2. A Notice to Interested Parties be issued;
3. An Order of Publication be directed to all parties in interest in the property;

4. The Court declare that the lien for the taxes for which the property was sold has priority over the federal tax liens described above, and that its judgment discharges the property from those liens; and

5. The Court pass a judgment that forecloses all rights of redemption of the defendants and any other person having any interest in the property.

Steven Tessler
#31873
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org