# EXHIBIT A

# CERTIFICATE OF TAX SALE

PRINCE GEORGE'S COUNTY MARYLAND

The Office of Finance of Prince George's County, Maryland, by Linda V. Allen Director of Finance, as Collector of Taxes for said State and County, does hereby certify that on May 11, 2026, there was sold to Aching Oak LLC at public auction for the sum of $191,866.23, of which $5,139.96 has been paid, as well as a high-bid premium in the amount of $16,127.89, of which $16,127.89 has been paid, the property in Spaulding, 6th Election District of said County, described as follows:

4,947.0000 Sq.Ft. & Imps. Hillcrest Heights Lot 9 Blk E Non-Principal Residence
Assmt $278,067 Lib 30424 Fl 477

and assessed to Williams Albert J Jr.

The property described herein is subject to redemption. Upon redemption the holder of the certificate will be refunded the sums paid on account of the purchase price together with interest (calculated on the amount excluding the high-bid premium) thereon at the rate of twenty percent per annum from the date of payment to the date of redemption together with all other amounts specified by Chapter 761 of the acts of 1943, and Acts amendatory thereof. The balance due on account of the purchase price and all taxes, together with interest and penalties thereon, accruing subsequent to the date of sale, must be paid to the Collector before a deed can be delivered to the purchaser. After November 11, 2026, a proceeding can be brought to foreclose all rights of redemption in the property. This certificate will be void unless such a proceeding is brought within two years from the date of this certificate.

Effective this 11th day of May, 2026.

06 0588053
004002 Lyons St
Temple Hills Md 20748

OFFICE OF FINANCE

By: *[signature]*

Linda V. Allen
Director of Finance