# EXHIBIT B

**ABSTRACTOR'S AFFIDAVIT OF TITLE SEARCH AND UNKNOWN OWNER**

Pursuant to MD Rule 14-502, I, Steven Tessler, am over the age of 18 and am competent to make this affidavit, and I personally conducted a title examination for the property known as 4002 LYONS ST TEMPLE HILLS 20748 immediately before the filing of this Complaint. The search included a complete search of the Land Records Office, Circuit Court, and Register of Wills for the county in which the property is located, and was in accordance with the generally accepted standards of title examination for the period of at least forty years immediately before the filing of this Complaint.

I further certify that the owner of the property or a part of the property may be unknown, although a complete search of the records has been performed in accordance with generally accepted standards of title examination for at least 40 years immediately before the filing of this Complaint.

I solemnly affirm under the penalties of perjury that the contents of the foregoing affidavit are true to the best of my knowledge, information, and belief.

Steven Tessler
November 18, 2026

# 40 YEAR - FULL SEARCH REPORT

## Client Information

**Name:** TESS LAW LLC

**Ref.No.:** 06-588053

## Property Information

**Borrower/Owner Name(s):** ALBERT J. WILLIAMS, JR.

**Address:** 4002 LYONS ST

**Property Type:** Townhouse

**Address Searched:** 4002 LYONS STREET, TEMPLE HILLS, MARYLAND - 20748

**State:** Maryland **County:** Prince George's **PrimaryRes:** No

**Section:** 06 **Block/Square:** E **Lot:** 9

**Parcel ID:** 06-0588053 **SubDivision:** HILLCREST HEIGHTS **Plat Bk/Pg:** 25/15

**PUD/HOA :** HOA/PUD INFORMATION NONE FOUND DURING THE SEARCH TIME FRAME FILED IN THE COUNTY LAND RECORDS/REGISTRY OF DEEDS.

**Compiled By: Mortiles**

Mortiles
Round the Clock Abstracting Team

Property Search Report Reference # 260916965

**SEARCH DATE:** 9/11/2026 **LAND RECORDS EFFECTIVE DATE:** 8/31/2026, 8.00 AM
**FINANCING STATEMENTS/UCC:** 8/20/2026, 8.00 AM

## DEED HISTORY

### CURRENT DEED INFORMATION (1)

**Deed Type:** QUITCLAIM DEED
**Title Vested In:** ALBERT J. WILLIAMS, JR.
**Grantor(s):** LAURETTA E. WILLIAMS, PERSONAL REPRESENTATIVE FOR ALBERT WILLIAMS ESTATE
**Vesting:**
**Consideration:** $88,125.00 **Date:** 3/6/2009 **Recording:** 3/9/2009
**Fee Type:** FEE SIMPLE **Liber/Folio:** 30424/477
**Comments:** 1. ALBERT WILLIAMS, DECEASED.

2. HELEN M. WILLIAMS, DECEASED ON 03/26/1999, SEE ATTACHED ESTATE NO. 54880.

### CHAIN OF TITLE (1)

**Deed Type:** DEED
**Grantee(s):** ALBERT WILLIAMS AND HELEN M. WILLIAMS, HIS WIFE
**Grantor(s):** GEORGE A. PICKLO, JR., AND ANN PICKLO, HIS WIFE
**Vesting:** AS TENANTS BY THE ENTIRETY
**Consideration:** $42,500.00 **Date:** 12/27/1976 **Recording:** 12/29/1976
**Deed Attached:** YES **Liber/Folio:** 4711/43
**Comments:**

## MORTGAGE HISTORY

### NO OPEN MORTGAGE (0.a)

**Mortgagor(s):** NO OPEN MORTGAGE FOUND.
**Mortgagee(s):**
**Date:** **Recording:**
**Maturity Date** **Liber/Folio:**
**Comments:** NOTE: THE RESEARCH CONDUCTED OF THE COUNTY LAND RECORDS DID NOT INDICATE THAT THERE IS AN OPEN MORTGAGE (DEED OF TRUST) ON THE PROPERTY. SINCE IT IS UNCOMMON FOR PROPERTIES TO BE OWNED FREE AND CLEAR, WE HIGHLY RECOMMEND & IMPLORE THE SETTLEMENT COMPANY TO VERIFY WITH THE HOMEOWNER WHETHER THERE IS A VOLUNTARY LIEN ON THE PROPERTY. THERE IS A GOOD CHANCE THAT A MORTGAGE/DOT EXISTS BUT IT MAY BE EITHER NEVER RECORDED OR NOT INDEXED PROPERLY AT THE TIME OF RECORDING. IF YOU HAVE ANY ADDITIONAL INFORMATION AS TO THE EXISTENCE OF A MORTGAGE/DOT, PLEASE NOTIFY OUR OFFICE IMMEDIATELY BEFORE CLOSING.

## JUDGMENTS, LIENS, LIS PENDENS Etc

| | | | | | | |
|---|---|---|---|---|---|---|
| **NAMES RUN:** | ALBERT WILLIAMS, JR. | | | | | |
| **JUDG:** 3 | **FTL:** 3 | **STL:** 8 | **LIENS:** X | **LIS:** X | **UCC:** 1 | **OTHER:** X |
| **Case Numbers:** 1. JUDGMENT CASE NO'S: CAS91-02037 AND CAP96-05327.<br><br>2. FEDERAL TAX LIEN CASE NO'S: FL10-4195, FL16-1384 AND FL20-0325.<br><br>3. STATE TAX LIEN CASE NO'S: CAL18-38683, CAL18-42005, CAL19-04464, CAL20-01805, CAL22-06416, CAL22-11756, CAL22-18384 AND CAL22-24790.<br><br>4. DIVORCE CASE NO: C-16-FM-25-006289. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **NAMES RUN:** | ALBERT WILLIAMS | | | | | |
| **JUDG:** 3 | **FTL:** 3 | **STL:** 8 | **LIENS:** X | **LIS:** X | **UCC:** 1 | **OTHER:** X |
| **Case Numbers:** 1. JUDGMENT CASE NO'S: CAS91-02037 AND CAP96-05327.<br><br>2. FEDERAL TAX LIEN CASE NO'S: FL10-4195, FL16-1384 AND FL20-0325.<br><br>3. STATE TAX LIEN CASE NO'S: CAL18-38683, CAL18-42005, CAL19-04464, CAL20-01805, CAL22-06416, CAL22-11756, CAL22-18384 AND CAL22-24790.<br><br>4. DIVORCE CASE NO: C-16-FM-25-006289. | | | | | | |

| | | | |
|---|---|---|---|
| **UNIFORM COMMERCIAL CODE - Details (1)** | | | |
| **Case #:** N/A | **Recorded:** 08/20/2025 | **Book/Page:** N/A | **Amount:**$SEE COPY |
| | | **FNO:** 250820-1709000 | |
| **Plaintiff:** SNAP-ON CREDIT LLC | | **Defendant:** ALBERT WILLIAMS | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **NAMES RUN:** | HELEN WILLIAMS | | | | | |
| **JUDG:** X | **FTL:** X | **STL:** 2 | **LIENS:** X | **LIS:** X | **UCC:** X | **OTHER:** X |

| | | | |
|---|---|---|---|
| **STATE TAX LIEN - Details (1)** | | | |
| **Case #:** CAL90-18002 | **Recorded:** 08/06/1990 | **Book/Page:** N/A | **Amount:**$276.37 |
| | | **InstNo:** N/A | |
| **Plaintiff:** COMPTROLLER OF MARYLAND - ANNAPOLIS | | **Defendant:** HELEN M. WILLIAMS | |
| **STATE TAX LIEN - Details (2)** | | | |
| **Case #:** CAL93-06190 | **Recorded:** 04/02/1993 | **Book/Page:** N/A | **Amount:**$465.12 |
| | | **InstNo:** N/A | |
| **Plaintiff:** COMPTROLLER OF MARYLAND - ANNAPOLIS | | **Defendant:** HELEN M. WILLIAMS | |

LIENS AGAINST BLOCK & LOT : NOT RUN

**COMMENTS:**

PLEASE SEE ATTACHED THE BANKRUPTCY AND U.S. DISTRICT COURT CIVIL SEARCH RESULT INDEX PAGE(S) RUN AGAINST THE ABOVE MENTIONED NAMES WITH/WITHOUT RESULTS FOUND. PLEASE REVIEW AND LET US KNOW IF YOU REQUIRE ANY CASE DOCKETS/COPIES.

(N/A - Not Available, NR - Not Run)

Mortiles
Round the Clock Abstracting Team

Property Search Report Reference # 260916965

***Judgment & Lien Disclaimer:***

Alias names: We do not search for name change cases on buyers, current and prior owners. If your office would like alias FKA, AKA, NKA names to be searched, your office would need to supply those additional names to our office.

Courts: We only search for judgments and liens which are filed in the respective County Department/Court System indices where local and State law specifically mandates the location in which a monetary judgment must be filed in order to attach to and affect Real Estate.
Banks & Government entites: Examiners do not run Land Records nor Judgment Lien searches on Banks/HUD/Veterans Affairs/Sheriffs/Government entities names when the property is currently or previously owned by the entity.
Future Searches: On future updates aka continuation searches, our Abstractors do not search for new activity filed/docketed within a Court Case that has already been reported in the initial search.
Federal Courts: We do not run United States Court AKA Federal Court searches.
Monetary amounts: are listed as a courtesy. We do not guarantee the accuracy. Amounts must be verified with the actual document and with confirmed the respective Lien holder.
Personal Representatives: We do not conduct searches on personal representatives nor court-appointed personal representatives of estates. Your office would either be responsible to run that on your own or contact our office to have that done since it does not fall within the normal search parameters which our office follows. *Please note that the effective date on the Judgment/Lien searches completed by Property Insight and Charles Jones may differ from the effective date of the title search.

Please note that monetary amounts are listed as a courtesy; we do not guarantee the accuracy. Amounts must be verified with the actual document and with confirmed the respective Lien holder. We do not search for personal representatives nor court-appointed personal representatives of estates. Your office would either be responsible to run that on your own or contact our office to have that done since it does not fall within the normal search parameters which our office follows.

If the judgment and lien search parameters do not meet your office's requirements, please contact us immediately. Additional judicial searches may be available at an added cost.

Please review the attached bankruptcy search result index page(s) run against the above-named parties and advise if you require any case dockets or copies. Please note that our office does not review or analyze bankruptcy filings. We perform bankruptcy searches solely as a professional courtesy for your office's independent review. Our office eliminates judgment liens based on time according to each state's industry-standard abstracting practices. Please be aware that state and federal law may stay or toll the statute of limitations on judgment liens in cases where a bankruptcy was dismissed or withdrawn. It is essential that your office carefully review any direct-hit bankruptcies involving the parties of concern and examine the list of creditors. If any creditors appearing in a bankruptcy case are not reflected in the judgment lien section of the report, please contact our office to request additional research or information.

## BANKRUPTCY

| NAMES RUN | SSN | RESULTS |
|---|---|---|
| ALBERT WILLIAMS, JR. | NOT AVAILABLE | RESULTS FOUND SEE ATTACHED INDEX |
| ALBERT WILLIAMS | NOT AVAILABLE | NOT RUN |
| HELEN WILLIAMS | NOT AVAILABLE | NOT RUN |

Mortiles
Round the Clock Abstracting Team

Property Search Report Reference # 260916965

## TAXES AND ASSESSMENT INFORMATION

| | | | |
|---|---|---|---|
| Parcel ID: 06-0588053 | | | |
| **Assessment Information** | | | |
| Assessment Year: 2024 | Land: $90,100.00 | Building: $219,900.00 | Assessed Value: $310,000.00 |
| Water/Sewer Charges: | | | |
| Storm Water Charges: | | | |
| Comments: THE PROPERTY IS CURRENTLY PENDING TAX SALE. PLEASE CONTACT THE COUNTY TAX SALE DEPARTMENT FOR ADDITIONAL INFORMATION. SEE ATTACHED AVAILABLE TAX SHEETS. | | | |
| Additional Tax Info Attached: YES | | | |

Disclaimer: Current year property taxes are provided as a courtesy. Examiners are not researching prior years tax payment history. Our office makes no warranties and assumes no liability whatsoever for the accuracy of the information contained herein. It is imperative that your office contact the concerned treasurer and public or private agencies in order to confirm whether or not there are any outstanding or delinquent taxes, levies and assessments on the parcel(s) which may be subject to collection or sale.

## Exceptions (CC&R's, Easements, ROW, etc)

SUBJECT TO COVENANTS, RESTRICTIONS, RIGHT OF WAYS AND EASEMENTS AS SET FORTH IN PLAT LIBER 25 FOLIO 15.

NOTE:IF A DECLARATION IS REPORTED, IT IS EXTREMELY IMPORTANT TO KNOW THAT WE HAVE NOT READ/EXAMINED THE DOCUMENT VERBATIM.KINDLY REVIEW THE DECLARATION IN ITS ENTIRETY IN ORDER TO DETERMINE IF ANY FRONT FOOT BENEFIT ASSESSMENTS (FFBA) AND POSSIBLE UTILITY EASEMENTS/ ASSESSMENTS ARE APPLICABLE FOR THIS PROPERTY.

## ADDITIONAL INFORMATION

PATRIOT SEARCH RUN AGAINST ALBERT WILLIAMS (2), RESULT FOUND. (SEE ATTACHED).

ESTATE RESULTS:
ALBERT WILLIAMS, JR.: SEE ATTACHED ESTATE NO. 122036. FILED ON 08/27/2021. WE LOCATED THIS ESTATE, HOWEVER WE ARE UNCERTAIN WHETHER IT IS FOR THE CONCERNED PARTY. PLEASE REVIEW AND VERIFY IF IT IS APPLICABLE.
ALBERT WILLIAMS: SEE ATTACHED ESTATE NO. 74369. FILED ON 08/17/2006. DATE OF DEATH 08/17/2006.
HELEN WILLIAMS: PLEASE SEE ATTACHED ESTATE NO. 54880, FILED ON 04/30/1999. DATE OF DEATH 03/26/1999.

Mortiles
Round the Clock Abstracting Team

Property Search Report Reference # 260916965

## DISCLAIMER

This report is intended for informational purposes only. It is not an opinion of title, nor a policy of title insurance, nor a commitment to issue such a policy. All information contained herein was obtained from an examination of specific public records, primarily those kept and maintained by the County Land Records Department in the above named jurisdiction Liability is predicated upon the payment of the invoice and is expressly limited to the amount paid for such service. No liability will be assumed for documents not properly indexed by the respective County or Government Agency; this includes documents miss-indexed on a different spelling of the concerned parties name. It is extremely important to know that we only research owners during their time in title; we do not search those names for any land record documents filed either before they came into title or after they conveyed out. Examiners have not conducted a search of any Oil & Gas or Mineral Estate which may exist on, in or under the surface of the subject lands. If the search parameters or any information contained within this report does not meet your office's requirements, please contact us immediately. Additional fees may apply in order to have additional research performed.

## <<<<<<<<<<< END OF REPORT >>>>>>>>>>>

Mortiles
Round the Clock Abstracting Team

Property Search Report Reference # 260916965

## LEGAL DESCRIPTIONS

All the following described parcel of land, and improvements and appurtenances thereto in the County of Prince George's, State of Maryland to wit:

Lot numbered Nine (9), Block lettered "E", Section numbered Six (6), in the subdivision known as "HILLCREST HEIGHTS", as per Plat recorded in Plat Book 25, Plat No. 15, among the Land Records of Prince George's County, Maryland. Being in the 6th Election District.

The improvements thereon being known as 4002 Lyons Street Temple Hills, Maryland - 20748.

## DISCLAIMER

It is Mortiles' policy to type the legal description exactly as it appears on the most recently filed deed. We do not type legal descriptions from any other document(s), even if those documents were recorded after the recording date of the most recently filed deed. It is the sole responsibility of the recipient of this search to determine the accuracy of the legal description and to decide if a new survey would need to be conducted in order to come up with a new legal description. Mortiles does not alter or create new legal descriptions