# EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ACHING OAK LLC<br><br>Plaintiff<br>v.<br><br>ALBERT J. WILLIAMS, JR., *et al.*<br><br>Defendants | CASE No. 8:26-cv-04798 |

## AFFIDAVIT OF COMPLIANCE WITH NOTICE REQUIREMENT

Pursuant to MD Code, Tax-Property Article, § 14-833(a-1)(1) and MD Rule 14-502 I, Steven Tessler, hereby certify that the first required notices were sent by first-class certified mail, postage prepaid, return receipt requested, bearing a postmark from the United States Postal Service, to the following parties:

*ALBERT J. WILLIAMS, JR. on September 12, 2026 to 5811 KEPPLER RD TEMPLE HILLS MD 20748
*Internal Revenue Service on September 16, 2026 to P.O. Box 7346 Philadelphia, PA 19101
*United States of America c/o Kelly O. Hayes, United States Attorney for the District of Maryland Attn: Civil Process Clerk United States Attorney's Office, District of Maryland on September 16, 2026 to 36 S. Charles Street, 4th Floor Baltimore, MD 21201
*United States of America c/o Todd Blanche, Attorney General of the United States U.S. Department of Justice on September 16, 2026 to 950 Pennsylvania Avenue, NW Washington, DC 20530-0001
*THE ESTATE OF ALBERT WILLIAMS on September 16, 2026 to S/O P.R. JACQUELYN WYATT WILLIAMS 12931 DUNKIRK DRIVE, UPPER MARLBORO, MD 20772

I further certify that the second required notices were sent by first-class certified mail, postage prepaid, return receipt requested, bearing a postmark from the United States Postal Service, to the following parties:

*ALBERT J. WILLIAMS, JR. on September 24, 2026 to 5811 KEPPLER RD TEMPLE HILLS MD 20748
*Internal Revenue Service on September 24, 2026 to P.O. Box 7346 Philadelphia, PA 19101
*United States of America c/o Kelly O. Hayes, United States Attorney for the District of Maryland Attn: Civil Process Clerk United States Attorney's Office, District of Maryland on September 24, 2026 to 36 S. Charles Street, 4th Floor Baltimore, MD 21201
*United States of America c/o Todd Blanche, Attorney General of the United States U.S. Department of Justice on September 24, 2026 to 950 Pennsylvania Avenue, NW Washington, DC 20530-0001

*THE ESTATE OF ALBERT WILLIAMS on September 24, 2026 to S/O P.R. JACQUELYN WYATT WILLIAMS 12931 DUNKIRK DRIVE, UPPER MARLBORO, MD 20772

Evidence of the mailing of the second notice is attached to this Affidavit.

I further certify that the amount that shall be paid to redeem the property complies with the requirements of Code, Tax Property Article, § 14-833 (a-1)(3).

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Steven Tessler
November 18, 2026

Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option A) or with Physical Return Receipt Service (Option B).



**U.S. Postal Service**
**Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9414 8118 9956 1392 7564 82

| FEES | |
|---|---|
| Postage Per Piece | 0.78 |
| Certified Fee | 5.55 |
| **Total Postage & Fees:** | **$9.24** |

ARTICLE ADDRESS TO:

ALBERT J. WILLIAMS, JR.
5811 KEPPLER RD
Temple Hills MD 20748-3633

Postmark Here

**A Certified Mail**
**WITHOUT Physical Return Receipt Service**
*(No Return Receipt Card)*
**Instructions**

1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

Stamps.com

Top of the page

**Delivery Address when used with A or Return Address when used with B**

← Fold and Tear →

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ *Addressee or* ☐ *Agent*)
X

B. Received By: *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

PS Form 3811 Facsimile, July 2015 (SDC 3930) Domestic Return Receipt

CERTIFIED MAIL

**CERTIFIED MAIL**

VOID

**B Certified Mail**
**WITH Physical Return Receipt Service**
*(Uses Return Receipt Card)*
**Instructions**

1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

**Certified Mail Labels (SDC-3930)**
Covered by and/or for use with U.S. Patents 8,027,935; and 8,046,823

Stamps.com
★ 1-UP Laser Form ★
★ USA CMF - 134 ★

Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option A) or with Physical Return Receipt Service (Option B).



**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 8118 9956 1392 7565 74

**FEES**

| | |
|---|---|
| Postage Per Piece | 0.78 |
| Certified Fee | 5.55 |
| **Total Postage & Fees:** | **$9.24** |

**ARTICLE ADDRESS TO:**

THE ESTATE OF ALBERT WILLIAMS
S/O P.R. JACQUELYN WYATT WILLIAMS
12931 Dunkirk Dr
Uppr Marlboro MD 20772-9302

Postmark Here

**SENDER:** COMPLETE THIS SECTION

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ *Addressee or* ☐ *Agent*)

X

B. Received By: *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

CERTIFIED MAIL

# CERTIFIED MAIL

# VOID

## A

## Certified Mail

**WITHOUT Physical Return Receipt Service**

*(No Return Receipt Card)*

**Instructions**

1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

**Delivery Address when used with A or Return Address when used with B**

Top of the page

← Fold and Tear →

## B

## Certified Mail

**WITH Physical Return Receipt Service**

*(Uses Return Receipt Card)*

**Instructions**

1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

Stamps.com

Certified Mail Labels (SDC-3930)
Covered by and/or for use with U.S. Patents 8,027,935; and 8,046,823

Stamps.com

★ 1-UP Laser F
★ USA CMF - 13

Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option A) or with Physical Return Receipt Service (Option B).

## A Certified Mail

**WITHOUT Physical Return Receipt Service**

*(No Return Receipt Card)*

**Instructions**

1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

Stamps.com

Top of the page

**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 8118 9956 1392 7564 37

**FEES**

| | |
|---|---|
| Postage Per Piece | 0.78 |
| Certified Fee | 5.55 |
| **Total Postage & Fees:** | **$9.24** |

**ARTICLE ADDRESS TO:**

Internal Revenue Service
Po Box 7346
Philadelphia PA 19101-7346

Postmark Here

Delivery Address when used with A
or Return Address when used with B

← Fold and Tear →

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ *Addressee or* ☐ *Agent*)

X

B. Received By: *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

PS Form 3811 Facsimile, July 2015 (SDC 3930) Domestic Return Receipt

CERTIFIED MAIL

CERTIFIED MAIL

VOID

Stamps.com

★ 1-UP Laser Form ★
★ USA CMF - 134 ★ 12/25

## B Certified Mail

**WITH Physical Return Receipt Service**

*(Uses Return Receipt Card)*

**Instructions**

1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

**Certified Mail Labels (SDC-3930)**
Covered by and/or for use with U.S. Patents 8,027,935; and 8,046,823

Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option A) or with Physical Return Receipt Service (Option B).



U.S. Postal Service
Certified Mail Receipt

OUTBOUND TRACKING NUMBER
9414 8118 9956 1392 7564 75

FEES

| | |
|---|---|
| Postage Per Piece | 0.78 |
| Certified Fee | 5.55 |
| **Total Postage & Fees:** | **$9.24** |

ARTICLE ADDRESS TO:

U.S.A. c/o Kelly O. Hayes, U.S.
Attorney for the District of Maryland
36 S Charles St Fl 4
Baltimore MD 21201-3020

Postmark
Here

A

## Certified Mail

WITHOUT Physical Return Receipt Service

*(No Return Receipt Card)*

Instructions

1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

Delivery Address when used with A
or Return Address when used with B

← Fold and Tear →

Stamps.com

Top of the page

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *(☐ Addressee or ☐ Agent)*

X

B. Received By: *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

PS Form 3811 Facsimile, July 2015 (SDC 3930)

Domestic Return Receipt

CERTIFIED MAIL

VOID

B

## Certified Mail

WITH Physical Return Receipt Service

*(Uses Return Receipt Card)*

Instructions

1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

Certified Mail Labels (SDC-3930)
Covered by and/or for use with U.S. Patents 8,027,935; and 8,046,823

CERTIFIED MAIL

Stamps.com

★ 1-UP Laser Form ★
★ USA CMF - 134 ★

Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option A) or with Physical Return Receipt Service (Option B).



**A**

## Certified Mail

**WITHOUT Physical Return Receipt Service**

*(No Return Receipt Card)*

**Instructions**

1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

**U.S. Postal Service Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 8118 9956 1392 7565 43

| FEES | |
|---|---|
| Postage Per Piece | 0.78 |
| Certified Fee | 5.55 |
| **Total Postage & Fees:** | **$9.24** |

**ARTICLE ADDRESS TO:**

U.S.A. c/o Todd Blanche, Attorney
General of the United States U.S. D.O.J.
950 Pennsylvania Ave Nw
Washington DC 20530-0001

Postmark
Here

Delivery Address when used with A or Return Address when used with B

Top of the page

← Fold and Tear →

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *(☐ Addressee or ☐ Agent)*

X

B. Received By: *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

CERTIFIED MAIL

VOID

**B**

## Certified Mail

**WITH Physical Return Receipt Service**

*(Uses Return Receipt Card)*

**Instructions**

1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

Stamps.com

Certified Mail Labels (SDC-3930)
Covered by and/or for use with U.S. Patents 8,027,935; and 8,046,823

CERTIFIED MAIL

Stamps.com

★ 1-UP Laser Form ★
★ USA CMF - 134 1225 ★