# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ACHING OAK LLC
C/O TESS LAW
2833 SMITH AVE #138
BALTIMORE MD 21209

*Plaintiff*

*v.*

ALBERT J. WILLIAMS, JR.

THE ESTATE OF ALBERT WILLIAMS

UNITED STATES OF AMERICA

Prince George's County

Office of Finance of Prince George's County

Washington Suburban Sanitary Commission

State of Maryland Office of the Attorney General

All unknown owners of the property (4002 LYONS ST TEMPLE HILLS 20748 being known as District - 06 Account Identifier - 0588053 with a legal description of 4,947.0000 Sq.Ft. & Imps. Hillcrest Heights Lot 9 Blk E Non-Principal Residence Assmt $278,067 Lib 30424 Fl 477 and assessed to Williams Albert J Jr. on the Tax Roll of the Director of Finance), the unknown owner's heirs, devisees, and personal representatives and their or any of their heirs, devisees, executors, administrators, grantees, assigns, or successors in right, title and interest and any and all persons having or claiming to have any interest in the property.

*Defendants*

* * * * * * * * * * *

Case No. 8:26-cv-04798

* * * * * * * * * * * * * *

**ORDER OF PUBLICATION**

The object of this proceeding is to secure foreclosure of all rights of redemption from tax sale on the property known as 4002 LYONS ST TEMPLE HILLS 20748 being known as District - 06 Account Identifier - 0588053 with a legal description of 4,947.0000 Sq.Ft. & Imps. Hillcrest Heights Lot 9 Blk E Non-Principal Residence Assmt $278,067 Lib 30424 Fl 477 and assessed to Williams Albert J Jr. on the Tax Roll of the Director of Finance sold by the Finance Officer of PRINCE GEORGE'S COUNTY, Maryland, with the resulting certificate of sale now lawfully held by ACHING OAK LLC, Plaintiff, as reflected in Exhibit A to the Complaint.

A description of the property in substantially the same form as the description appearing on the Certificate of Tax Sale is as follows: 4002 LYONS ST TEMPLE HILLS 20748 being known as District - 06 Account Identifier - 0588053 with a legal description of 4,947.0000 Sq.Ft. & Imps. Hillcrest Heights Lot 9 Blk E Non-Principal Residence Assmt $278,067 Lib 30424 Fl 477 and assessed to Williams Albert J Jr. on the Tax Roll of the Director of Finance.

The Complaint states, among other things, that the amount necessary for redemption has not been paid.

It is thereupon this ______ day of ______________, 20____, by the United States District Court for the District of Maryland, ORDERED that notice be given by the insertion of a copy of this Order in some newspaper having a general circulation in PRINCE GEORGE'S COUNTY once a week for three consecutive weeks, warning all persons interested in the property to appear before this Court by the ______ day of ______________, 20____ and redeem the property and answer the Complaint or thereafter a final judgment will be entered foreclosing all rights of redemption in the property, and vesting title to the property in Plaintiff, free of all liens and encumbrances.

______________________________________________

Judge, United States District Court for the District of Maryland

**<u>To the Daily Record, please bill:</u>**
TESS LAW LLC
office@tesslaw.org
2833 SMITH AVE #138
BALTIMORE MD 21209