**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ACHING OAK LLC | * | |
| Plaintiff, | * | |
| v. | * | Case No. 8:26-cv-04798 |
| ALBERT J. WILLIAMS, JR., et al. | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

## DISCLOSURE OF CORPORATE INTEREST

Check all that apply:

[X] I certify, as party/counsel in this case that ACHING OAK LLC is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

[ ] The following corporate affiliations exist with ________________: __________________________.

[ ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation: ___________.

This action is not based on diversity jurisdiction.

Date: November 18, 2026

/s/ Steven Tessler

Steven Tessler #31873
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org
Counsel for Plaintiff ACHING OAK LLC