# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ACHING OAK LLC

Plaintiff

v.

ALBERT J. WILLIAMS, JR., *et al.*

Defendants

CASE No. 8:26-cv-04798

## NOTICE TO INTERESTED PARTIES
## OF ACTION TO FORECLOSE RIGHT OF REDEMPTION

You are receiving this notice because you have an interest in the following property: 4002 LYONS ST TEMPLE HILLS 20748 being known as District - 06 Account Identifier - 0588053 with a legal description of 4,947.0000 Sq.Ft. & Imps. Hillcrest Heights Lot 9 Blk E Non-Principal Residence Assmt $278,067 Lib 30424 Fl 477 and assessed to Williams Albert J Jr. on the Tax Roll of the Director of Finance. The property has been sold by the Collector of Taxes for the County in which it is located due to nonpayment of certain taxes, and the property has not been redeemed. A Complaint to Foreclose the Rights of Redemption for the property has been filed stating, among other things, that the amount necessary to redeem the property has not been paid, and requesting that the Court grant title of the property to the certificate holder. A copy of the Complaint is included in this mailing. If you have a recorded interest, claim, lien or judgment regarding the property, or are a tenant in the property, you are hereby notified of the filing of this Complaint and are warned to redeem the property or answer the Complaint. **IF THE UNPAID TAXES, TOGETHER WITH COSTS AND EXPENSES, ARE NOT PAID, THE COURT MAY ENTER A JUDGMENT FORECLOSING THE RIGHT OF REDEMPTION THAT WOULD TERMINATE YOUR LEASE AND RIGHT TO OCCUPY THE PROPERTY. YOU HAVE THE RIGHT TO PAY THE UNPAID TAXES, TOGETHER WITH COSTS AND EXPENSES, AND AVOID LEASE TERMINATION AND EVICTION. A JUDGMENT FORECLOSING THE RIGHT OF REDEMPTION COULD BE ENTERED WITHIN THE NEXT 90 DAYS AND AT THAT TIME YOU COULD BE EVICTED OR REQUIRED TO VACATE THE PROPERTY OR OTHERWISE FORFEIT ALL RIGHTS YOU MAY POSSESS RELATING TO THE PROPERTY.** If you hold title to the property, believe its value exceeds the bid amount stated in Ex. A, and will not redeem, you must notify Plaintiff in writing before judgment to arrange an alternative sale method or forever waive such claims. Redeeming parties bear sole responsibility for completing redemption according to Maryland law and rely on representations from any defendant or other party solely at their own risk. Pursuant to MD Code Tax-Property Section 14-827, a person or entity with a legal interest in the property may redeem at any time until the right of redemption has been finally foreclosed by the issuance of a Judgment of Foreclosure by the Court. The final Judgment may be issued after the later of: 1) the date described in the summons, 2) the date specified in the Order of Publication, or 3) 33 days after the mailing of the Order of Publication. Payment of the certificate holder's allowed fees and expenses is a prerequisite for redemption of the property.

United States District Court
The District Of Maryland

Clerk of the United States District Court for the District of Maryland